Lionel J. COATES, Sr., Plaintiff—Appellant,

v.

Jo Anne B. BARNHART, Commissioner of the Social Security Administration, Defendant—Appellee.

No. 04–1142.

United States Court of Appeals, Fourth Circuit.

Submitted March 30, 2005.

Decided May 20, 2005.

David Alan Tibbetts, Law Offices of David A. Tibbetts, Odenton, Maryland, for Appellant. Allen F. Loucks, United States Attorney, Neil R. White, Assistant United States Attorney, Baltimore, Maryland, for Appellee.

Before MICHAEL, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Lionel J. Coates, Sr., appeals the magistrate judge's order affirming the Commissioner's denial of disability insurance benefits and supplemental security income.*

---

* The parties consented to review by a magistrate judge pursuant to 28 U.S.C. § 636(c)(2) (2000).

We must uphold the decision to deny benefits if the decision is supported by substantial evidence and the correct law was applied. *See* 42 U.S.C. § 405(g) (2000); *Craig v. Chater,* 76 F.3d 585, 589 (4th Cir.1996). We have thoroughly reviewed the administrative record and the briefs and find no reversible error. Accordingly, we affirm for the reasons stated by the magistrate judge. *Coates v. Barnhart,* No. CA-02-2658-PWG (D.Md. Dec. 3, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*